AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Southern District of Florida

| | |
|---|---|
| Alloy.Dev, Inc., a Washington corporation<br><br>*Plaintiff(s)*<br>v.<br>Hanson Enterprises USA, LLC, and<br>Bonanza Worldwide, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.1:23-cv-23911-FAM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HANSON ENTERPRISES USA LLC, by serving:
Quinn S. Faison, its registered agent, at
1775 Lakeshore Circle
Weston, FL 33326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John F. Hayter, Attorney, of
John F. Hayter, Attorney At Law, P.A.
1418 N.W. 6th Street
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 13, 2023

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Alloy.Dev, Inc., a Washington corporation | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-23911-FAM |
| Hanson Enterprises USA, LLC, and Bonanza Worldwide, LLC | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bonanza Worldwide, LLC,
by serving: HANSON ENTERPRISES USA LLC
1775 LAKESHORE CIRCLE
WESTON, FL 33326, by serving:
Quinn S. Faison, its registered agent, at
1775 Lakeshore Circle
Weston, FL 33326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John F. Hayter, Attorney, of
John F. Hayter, Attorney At Law, P.A.
1418 N.W. 6th Street
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: __Oct 13, 2023_____

**SUMMONS**

s/ W. Cendejas
_____
Deputy Clerk
U.S. District Courts